IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON ALSTON                                                                                         PLAINTIFF

V.                                                                                    NO. 4:18-CV-156-DMB-JMV

PRAIRIE FARMS DAIRY, INC., d/b/a
Luvel, et al.                                                                                      DEFENDANTS

**ORDER**

On December 17, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that this action be dismissed with prejudice as time barred. Doc. #8 at 5. On December 28, 2018, Jason Alston filed a document titled, "Plaintiff Has No Objection to Magistrate Judge's Report and Recommendation," which, as the title states, represents that Alston has no objection to the dismissal of his case. Doc. #9. Accordingly, the Report and Recommendation [8] is **ADOPTED** as the order of the Court and this case is **DISMISSED with prejudice**. A final judgment consistent with this order will issue separately.

**SO ORDERED**, this 4th day of January, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**